IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CITIMORTGAGE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:12 -cv- 00246-CDP |
| | ) |
| CHICAGO BANCORP, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATED ORDER

The parties having submitted their joint motion for entry of Stipulated Order with regard to the production of certain borrower information in unredacted form, and the Court being fully apprised in this matter, IT IS HEREBY ORDERED:

Plaintiff CitiMortgage, Inc., may produce, in unredacted form, borrower contact information contained in loan documents previously produced in this cause, such production to be marked "Confidential" and produced pursuant to the Protective Order of July 27, 2012.

Dated: 12/4/12

_____
Hon. Catherine D. Perry

3989546.2