UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CITIMORTGAGE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12CV00246 CDP |
| ) | |
| CHICAGO BANCORP, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

I have carefully reviewed the two discovery motions pending before me. Upon due consideration,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel defendant to respond to discovery requests [#62] is granted in part. Defendant is ordered to produce the requested information and documents responsive to Interrogatories Nos. 3(a), 3(b), and 4, and Requests for Production 15, 16, 18, and 19, no later than April 3, 2013. Defendant shall not be required to respond to Interrogatory 20.

**IT IS FURTHER ORDERED** that defendant's motion for a protective order [#65] is granted in part. Defendant shall not be required to supply for deposition, under Rule 30(b)(6), a representative who can testify as to "any plans to provide for payment of debts and obligations or potential debts and obligations to creditors or potential creditors of" defendant or as to the entirety of Topic 26.

Defendant's 30(b)(6) representative is ordered to respond to questioning concerning the remainder of Topic 23 and as to the entirety of Topic 24.

**IT IS FINALLY ORDERED** that each party shall bear its own expenses in bringing these motions.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of March, 2013.