# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| CITIMORTGAGE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHICAGO BANCORP, INC., *et al.* )<br>)<br>Defendants. )<br>) | Case No. 4:12-cv-00246-CDP |

## FINAL JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Plaintiff, CitiMortgage, Inc. ("CMI"), shall have judgment in this matter against Defendant, Chicago Bancorp, Inc., in the amount of $1,283,068.07.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that CMI shall release its interest in the Brown property, which is included in the judgment herein above, if that property has not been sold as of the date of payment of the judgment, or that CMI shall credit against the judgment the amount of any proceeds from the sale of the property, if it has been sold.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of January, 2015

